1  Peter J. Anderson, Esq., Cal. Bar No. 088891
   E-Mail: pja@pjanderson.com
2  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
3  100 Wilshire Boulevard
   Suite 2010
4  Santa Monica, CA 90401

5  Tel: (310) 260-6030
   Fax: (310) 260-6040
6
   Attorneys for Defendant LEXUS
7

```
                        FILED
           CLERK, U.S. DISTRICT COURT

                 JUN 1 9 2008

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

JS-6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  VERNON MINOW,                    )  Case No. CV 06-07496 CAS (SHx)
                                     )
12          Plaintiff,               )
                                     )  [~~PROPOSED~~] JUDGMENT
13      vs.                          )
                                     )  Date: May 12, 2008
14  LEXUS, a Division of Toyota Motor Sales )  Time: 10:00 a.m.
    U.S.A., Inc., a Delaware Corporation,   )
15                                   )      Courtroom of the Honorable
            Defendant.               )         Christine A. Snyder
16                                   )      United States District Judge
                                     )
17

18

19

20

21

22

23

24

25

26

27

28

1

## **JUDGMENT**

2

3    This action came on for hearing before the Court on May 12, 2008, the

4    Honorable Christina A. Snyder, United States District Judge presiding, on defendant

5    Lexus' Motion for Summary Judgment or, in the alternative, Partial Summary

6    Judgment, and the evidence presented having been fully considered, the issues having

7    been duly heard and a decision having been duly rendered,

8

9    **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the

10   action be dismissed on the merits and that defendant Lexus recover its costs.

11

12   Dated: 6/19/08

The Honorable Christine A. Snyder
United States District Judge

13

14

15

16

17   Submitted by:

18   Peter J. Anderson, Esq., Cal. Bar No. 088891
     E-Mail: pja@pjanderson.com

19   LAW OFFICES OF PETER J. ANDERSON
     A Professional Corporation

20   100 Wilshire Boulevard
     Suite 2010

21   Santa Monica, CA 90401

22   Tel: (310) 260-6030
     Fax: (310) 260-6040

23

     Attorney for Defendant LEXUS

24

25

26

27

28